HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
STEVEN ALARCON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN ALARCON<br><br>Defendant. | Case No. 2:21-cr-0074-KJM<br><br>**ORDER RE REQUEST FOR ORDER TO RELEASE PORTION OF PROBATION RECORDS** |

The Court, having considered the defendant-supervised-releasee's requests in this matter, and good cause appearing therefrom, hereby orders as follows:

1. United States Probation Office is ordered to produce Mr. Alarcon's Chronos from January 2021 – May 31, 2021.

2. United States Probation Office is ordered to produce all electronic reports and disclosures submitted by Mr. Alarcon **between January 2021 and May 31, 2021**.

/ / /

/ / /

/ / /

-1-

3. United States Probation Officer is ordered to produce any existing records of verbal or written directives from the probation office during Mr. Alarcon's time on supervision **between January 1, 2021 and May 31, 2021**.

IT IS SO ORDERED, **AS MODIFIED**.

Dated: June 25, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE